*Formatted for Electronic Distribution* *Not For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**
    **Irene Eve Budziak,**                                           Chapter 13 Case
                **Debtor.**                                                   # 05-10668

_____

| *Appearances:* | *Todd Taylor, Esq.* | *Jan Sensenich, Esq.* | *Robert S. DiPalma, Esq.* |
|---|---|---|---|
| | *Burlington, VT* | *Norwich, VT* | *Paul Frank + Collins, P.C.* |
| | *For the Debtor* | *Chapter 13 Trustee,* | *Burlington, VT* |
| | | Pro Se | *For the Creditor* |

## ORDER
### DENYING CREDITOR'S MOTION FOR RECONSIDERATION

Based upon the findings and rationale set forth in the memorandum of decision of even date,

IT IS HEREBY ORDERED that Chittenden Bank's Motion for Reconsideration is denied and the Trustee's objection to that motion is sustained.

SO ORDERED.

October 13, 2009                         Filed & Entered                    Colleen A. Brown
Rutland, Vermont                     On Docket                     United States Bankruptcy Judge
                                                   October 13, 2009